DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

21 AUGUST 2015

| 580P05-13 | David L. Smith, on Behalf of Himself and All Others Similarly Situated v. State of North Carolina, Gov. Pat McCrory, Wake County Superior Court, and Judge Donald W. Stephens | 1. Plt's *Pro Se* Petition for *Writ of Mandamus*<br><br>2. Application for *Writ of Mandamus* – Pursuant to N.C.G.S. § 7A-31 or Procedure by Common Law | 1. Denied<br><br>2. Denied |
|---|---|---|---|
| 618P07-2 | State v. Alfred William Riley, Jr. | 1. Def's *Pro Se* Motion for PDR<br><br>2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Dismissed as moot |
| 629P01-3 | State v. John Edward Butler | Def's *Pro Se* Motion for N.C. Supreme Court Review (COAP14-558) | Dismissed |